UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: JAVIER PEREIRA,

            Plaintiff,

1:25-CV-4518 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated and entered on June 10, 2025, the Court directed Plaintiff, who appears *pro se* and is currently held in the West Facility on Rikers Island, within 30 days, to either pay the $405.00 in fees required to bring this civil action in this court or submit an *in forma pauperis* ("IFP") application and prisoner authorization. (ECF 3.) The Court warned Plaintiff that failure to comply with that order would result in dismissal of this action. (*Id.*)

      Because Plaintiff did not provide the Court with the necessary information within the time allowed, the Court dismissed this action without prejudice. (ECF 4 & 5.)

      On August 21, 2025—the same date that the abovementioned order and judgement were entered—the Court received, by mail, Plaintiff's IFP application and prisoner authorization; they were entered on August 22, 2025. (ECF 6 & 7.) Plaintiff gives no indication when he submitted those documents to his facility's mail system for their mailing to the court, and the envelope that contained them is not postmarked. In addition, Plaintiff dates both documents in the following manner—"5/4/25 – 8/4/25." Though the Court cannot discern exactly when Plaintiff submitted those documents to his facility's mail system for their mailing to the court, it is clear that it was after the 30 days provided in the Court's June 10, 2025 order.

      This action remains closed. If Plaintiff wishes to pursue the claims he raised in this action, he must file another complaint commencing a new civil action, and he must either pay the

2

$405.00 in fees to bring that action or file another completed and signed IFP application and another completed and signed prisoner authorization for that action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 26, 2025
         New York, New York

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                Chief United States District Judge

2